**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

ARTURO ALVARADO and RAUL         CASE NO:
GONGORA,

      Plaintiff(s),

Vs.


UNITED STATES OF AMERICA,
      Defendant(s).

_____/

## COMPLAINT

The Plaintiffs, ARTURO ALVARADO and RAUL GONGORA, hereby sue the Defendants, UNITED STATES OF AMERICA (hereinafter, "U.S.A."), and allege:

1.    This is an action for damages in excess of Seventy-five Thousand Dollars ($75,000.00), exclusive of interest and costs.

2.    This Court has jurisdiction under the Federal Tort Claims Act and the provisions of 28 U.S.C. §1346(b)(1) in that this is a claim against the Defendant, United States of America, for money damages, for injury caused by the negligent or wrongful acts or omissions of a employee of the United States Government while acting within the course and scope of his employment, under the circumstances where the Defendant, if a private person, would be liable to the Plaintiff.

3.     Jurisdiction founded upon the federal law is proper in that this action is premised upon federal causes of action under the Federal Tort Claims Act (hereinafter "FTCA"), 28 U.S.C. § 2671, et. seq.

4.     Pursuant to the provisions of 28 U.S.C. §2675(a) and 28 U.S.C. §2401(b), the Plaintiff provided written notice, thru a Standard Form 95, to the appropriate federal agency within two years of his claim accruing, of his claim for money damages.  See Exhibit **"A."**

5.     On September 8, 2021, the federal agency received the claim.

6.     A period of more than six months has transpired since the acceptance of the claim.  Accordingly, under 28 U.S.C. §2401(b), Plaintiff's tort claim against Defendant is timely.

7.     Venue is proper is this district pursuant to 28 U.S.C. §1402(b), as the Plaintiff resides in the jurisdiction and the act or omission complained of occurred in the jurisdiction, namely Orange County, Florida.

8.     On September 6, 2020, Sheila Marie McClamma operated a motor vehicle owned  by the United States Postal Service, an agency or subdivision of the U.S.A.

9.     On that date, Sheila Marie McClamma operated the motor vehicle with the knowledge, authority, consent or permission of the United States Postal Service, an agency or subdivision of the U.S.A.

10.    At all times material hereto, Sheila Marie McClamma was an agent, servant, or employee of the United States Postal Service, and was acting in the

course and scope of his agency, service or employment with the United States Postal Service, an agency or subdivision of the U.S.A.

11.    On September 6, 2020, Sheila Marie McClamma, was operating the motor vehicle as an employee and agent of the United States Postal Service at or near the intersection of C 48 and CR 625 in Sumter County, Florida.

12.    On September 6, 2020, Plaintiff, ARTURO ALVARADO, was operating a motor vehicle, also occupied by Plaintiff, RAUL GONGORA, at or near the intersection of C 48 and CR 625 in Sumter County, Florida.

13.    At that time and place, Sheila Marie McClamma, owed a duty to Plaintiffs to operate the motor vehicle he was driving in a reasonably safe manner.

14.    At that time and place, Sheila Marie McClamma breached her duty by negligently and carelessly operating and/or maintaining the motor vehicle he was driving so as to collide with the motor vehicle which Plaintiffs occupied.

15.    The negligence of the Defendant's employee, Sheila Marie McClamma, as described above, caused or contributed to the injuries and/or damages sustained by Plaintiffs.

**COUNT I**
**ARTURO ALVARADO' NEGLIGENCE CLAIM AGAINST**
**THE UNITED STATES OF AMERICA**

16.    Plaintiff realleges and incorporates herein by reference each and every factual allegation as contained in Paragraphs 1 through 15 as if fully set forth herein.

17.     Sheila Marie McClamma, negligently operated or maintained his vehicle causing it to impact the vehicle driven by Plaintiff, ARTURO ALVARADO.

18.     As a direct and proximate result of the negligence of Sheila Marie McClamma, Plaintiff, ARTURO ALVARADO, suffered significant bodily injury and resulting pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money.  The injuries to the Plaintiff are permanent and she will continue to suffer the losses in the future.

WHEREFORE, Plaintiff, ARTURO ALVARADO, demands judgment for damages against defendant, UNITED STATES OF AMERICA, including costs of this action, and further demands a trial by jury on all issues so triable, and for such other relief as this Court deems just and proper.

## COUNT II
## RAUL GONGORA'S NEGLIGENCE CLAIM AGAINST
## THE UNITED STATES OF AMERICA

19.     Plaintiff realleges and incorporates herein by reference each and every factual allegation as contained in Paragraphs 1 through 18 as if fully set forth herein.

20.     Sheila Marie McClamma, negligently operated or maintained his vehicle causing it to impact the vehicle occupied by Plaintiff, RAUL GONGORA.

21.     As a direct and proximate result of the negligence of Sheila Marie McClamma, Plaintiff, RAUL GONGORA, suffered significant bodily injury and resulting pain and suffering, impairment, disability, disfigurement, mental

anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money.  The injuries to the Plaintiff are permanent and she will continue to suffer the losses in the future.

WHEREFORE, Plaintiff, RAUL GONGORA, demands judgment for damages against defendant, UNITED STTES OF AMERICA, including costs of this action, and further demands a trial by jury on all issues so triable, and for such other relief as this Court deems just and proper.

### DEMAND FOR JURY TRIAL

Plaintiffs, ARTURO ALVARADO and RAUL GONGORA, demands a trial by jury on all issues.

RESPECTFULLY submitted this 1st day of September, 2022.

*/S/ FABIO DURAN*
FABIO DURAN, ESQ.
Florida Bar No. 630667
Dan Newlin & Partners
7335 W. Sand Lake Road, Suite 300
Orlando, FL 32819
Phone/Fax: (407) 845-1756
Attorneys for Plaintiff
PRINCIPAL EMAIL ADDRESS:
Trustedpleadings@newlinlaw.com

TORT CLAIMS INVESTIGATIONS
FLORIDA 2 DISTRICT

**"EXHIBIT A"**



DAVIS

RECEIVED

SEP 10 2021

DAN NEWLIN INJURY ATTORNEYS



**UNITED STATES
POSTAL SERVICE**

September 8, 2021

Ms Diana Davis
Law Offices of Dan Newlin Law
7335 W Sand LAke Rd  #300
Orlando FL  32819

Re: Acknowledgement of Receipt
USPS Case #: 335-20-00486511B
Date of Incident: 09-06-2020
Your Client's Name: Mr. Raul Gongora.
Receipt of Correspondence: 09-08-2021

Dear Ms. Davis:

This is to acknowledge receipt of your correspondence for damages against the United States Postal Service in the amount of $94,603.83.  Please be advised, counsel fees for claims presented under the Federal Tort Claims Act are regulated by 28 U.S.C. §2678 at 20%.

Subject correspondence is being processed pursuant to the Federal Tort Claims Act.  Your file will be given careful consideration by the appropriate adjudicating authority, who has up to six months from the date your submission was received in order to effect resolution.  You will be advised of the action taken upon completion of adjudication.

Any inquiries or additional information pertaining to this claim should be mailed to me at the address below.

Sincerely,

Randy Vicedo
Tort Claims Coordinator

Enclosures

cc: Accident File

P O Box 39131
TAMPA, FL 33630-9131
813-354-6022 FAX 651-456-6654